CHARLES BOND, PETITIONER-RESPONDENT, v. ROSE RIB-
BON & CARBON MFG. CO., RESPONDENT-PETITIONER.

See same case below: 78 *N. J. Super.* 505.

*Mr. Isidor Kalisch* for the respondent-petitioner by N. J.
Mfgrs. Cas. Ins. Co.

*Messrs. Schneider, Lustbader & Morgan* for the respondent-
petitioner by Insurance Company of North America.

July 1, 1963. Granted.

FLORENCE HARRIS, PLAINTIFF-PETITIONER AND CROSS-
RESPONDENT, v. HERMAN PERL *ET AL.*, DEFENDANTS-
RESPONDENTS AND CROSS-PETITIONERS, AND JOHN
D. CRONIN *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Harkavy & Lieb* for the petitioner.

*Messrs. Lowenstein & Spicer* for respondents-cross-peti-
tioners and *Messrs. Farley & De Filipo* for respondents.

July 1, 1963. Granted.